# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Lamario Sears,

   Plaintiff

v.

Las Vegas Metropolitan Police Department, et al.,

   Defendants

Case No. 2:19-cv-01196-JAD-VCF

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 7]

  Plaintiff Lamario Sears brings this civil-rights action to challenge the events surrounding his arrest by the Las Vegas Metropolitan Police Department and subsequent detention. On August 1, 2019, the court dismissed Sears's claims without prejudice and gave him until August 30, 2019, to file an amended complaint. Sears was expressly warned that his failure to file an amended complaint "may result in a recommendation for dismissal with prejudice. . . ."[1] Sears filed nothing, and the magistrate judge recommends that I dismiss this case.[2] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

  IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 7] is ADOPTED** in full;

---

[1] ECF No. 6 at 7.

[2] ECF No. 7.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT this case is dismissed. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: October 3, 2019

_____
U.S. District Judge Jennifer A. Dorsey